**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00656-CV

### IN RE WALLACE LANE SCHOOLER, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53643-2012**

## ORDER
Before Justices Lang, Fillmore and Evans

Based on the Court's opinion of this date, we **DENY** relator's May 22, 2015 Petition for Writ of Habeas Corpus Or, Alternatively, Writ of Mandamus. We **DENY** relator's May 22, 2015 Emergency Motion for Temporary Relief. We **ORDER** relator to bear the costs of this original proceeding. We **DIRECT** the Clerk of Court to deliver an electronic copy of this order and accompanying opinion to all parties, Terry G. Box, Collin County Sheriff, and the Honorable Jill Willis, Presiding Judge of the 429th Judicial District Court, Collin County, Texas.

/s/ DAVID EVANS
JUSTICE